ADRIENNE C. PUBLICOVER (SBN 161432)
Adrienne.Publicover@WilsonElser.com
LAURA E. FANNON (SBN 111500)
Laura.Fannon@WilsonElser.com
**WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP**
525 Market Street, 17th Floor,
San Francisco, CA 94105-2725
Telephone: 415.433.0990
Facsimile: 415.434.1370

Attorneys for Defendant
KPSS, INC. GROUP LONG TERM DISABILITY PLAN; KPSS, INC. GROUP LIFE INSURANCE PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BRINCKA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KPSS, INC. GROUP LONG TERM DISABILITY PLAN; KPSS, INC. GROUP LIFE INSURANCE PLAN; KPSS, INC.,<br><br>　　　　Defendant. | Case No.:　　3:10-cv-03433-JL<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; [PROPOSED] ORDER THEREON**<br><br>Honorable James Larson<br><br>Action Filed: August 5, 2010 |

IT IS HEREBY STIPULATED, pursuant to Local Rule 6-2, by and between plaintiff John Brincka ("Plaintiff") and KPSS, Inc. Group Long Term Disability Plan and KPSS, Inc. Group Life Insurance Plan (referred to hereinafter as "the Plans"), through their respective attorneys of record, as follows:

1. The Plans were served with the Summons and Complaint on or about August 17, 2010, and their response to the Complaint currently is due on or before September 21, 2010;

2. Plaintiff agrees that the Plans may have an extension of time, to and including October 16, 2010, to answer, move to dismiss, or otherwise plead in response to the Complaint; and

3. This extension of time to respond to the Complaint does not exceed thirty (30) days, and no previous stipulation to extend the time to answer or otherwise respond to the Complaint has been filed on behalf of these defendants.

Date: September 27, 2010        WILSON, ELSER, MOSKOWITZ,
                                EDELMAN & DICKER LLP


                                By: /s/ Laura Fannon
                                    ADRIENNE C. PUBLICOVER
                                    LAURA E. FANNON
                                    Attorneys for Real Party In Interest
                                    KPSS, INC. GROUP LONG TERM DISABILITY
                                    PLAN; KPSS, INC. GROUP LIFE INSURANCE
                                    PLAN


Date: September 27, 2010        THE ERISA LAW GROUP


                                By: /s/ Thornton Davidson
                                    THORNTON DAVIDSON
                                    Attorney for Plaintiff
                                    JOHN BRINCKA

**ORDER**

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Date: September 28, 2010          By: _____
                                      HONORABLE JAMES LARSON
                                      UNITED STATES MAGISTRATE JUDGE

---

3
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND PROPOSED ORDER
USDC Case No.: 10CV-03433 JL
581233.1

# PROOF OF SERVICE

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17$^h$ Floor, San Francisco, California 94105. On this date I served the following document(s).

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; [PROPOSED] ORDER THEREON**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

☐: **By United States Mail.** I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒: **By Electronic Service.** I caused the documents to be sent to the persons at the listed below via ECF.

| | |
|---|---|
| Todd Andrew Roberts<br>troberts@ropers.com<br>Stacy Monahan Tucker<br>stucker@rmkb.com<br>Ropers Majeski Kohn & Bentley<br>1001 Marshall Street, Ste. 300<br>Redwood City, CA 94603-2052<br>(650) 364-8200<br>Fax: (650) 780-1701<br>Attorneys for Defendant KPSS | **Thornton Davidson**<br>The ERISA Law Group<br>2055 San Joaquin Street<br>Fresno, CA 96721<br>559-256-9800<br>Fax: 559-256-9799<br>Email: Thornton@ERISAlg.com<br>Attorney for Plaintiff |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED September 27, 2010 at San Francisco, California.

_____
Jim Baker

1
PROOF OF SERVICE

566052.1