UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN BRINCKA

                                             CASE NO. 3:10-cv-03433-SBA

                Plaintiff(s),

                    v.                           STIPULATION AND [~~PROPOSED~~]

KPSS INC., et al                      ORDER SELECTING ADR PROCESS

                    Defendant(s).

_____/

       Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)   (ADR L.R. 5)
        Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ✓    Private ADR *(please identify process and provider)* Private ADR _____

JAMS, Hon. Edward A. Infante.  Currently scheduled for 11/17/10

The parties agree to hold the ADR session by:
    ✓    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____

Dated:  10/25/10 _____                    /s/ Thornton Davidson
                                         Attorney for Plaintiff

Dated:  10/25/10 _____                    /s/ Adrienne C. Publicover
                                           Attorney for Defendant
                                           KPSS, INC. GROUP LONG TERM DISABILITY PLAN
                                           KPSS, INC. GROUP LIFE INSURANCE PLAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN BRINCKA

CASE NO. 3:10-cv-03433-SBA

Plaintiff(s),

v.

KPSS INC., et al

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

     Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)  (ADR L.R. 5)
        Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ✓     Private ADR *(please identify process and provider)* Private ADR _____

JAMS, Hon. Edward A. Infante. Currently scheduled for 11/17/10

The parties agree to hold the ADR session by:
    ✓     the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____

Dated:_____

_____
Attorney for Plaintiff

Dated: _10/25/10____

_Tul.Ol. Robert_
Attorney for Defendant
_KPSS, Inc._

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
✓       Private ADR

Deadline for ADR session
✓       90 days from the date of this order.
        other


IT IS SO ORDERED.


Dated: 10/28/10

UNITED STATES DISTRICT    JUDGE