1

2                          UNITED STATES DISTRICT COURT

3                         NORTHERN DISTRICT OF CALIFORNIA

4
   BRINCKA,                          )          No. C10-03433 SBA
5                   Plaintiff,       )
                                     )          ORDER DISMISSING ACTION
6        vs.                         )
                                     )
7    KPSS, INC., GROUP LONG          )
   TERM DISABILITY PLAN ET AL,       )
8                                    )
                    Defendant.       )
9                                    )

   _____

10

11

12          The Court having been notified of the settlement of

   this action, and it appearing that no issue remains for the
13
   Court's determination,
14
            IT IS HEREBY ORDERED THAT this action and all claims
15
   asserted herein are DISMISSED with prejudice.  In the event
16
   that the settlement is not reached, any party may move to
17
   reopen the case and the trial will be rescheduled, provided
18
   that such motion is filed within 30 days of this order.  All
19
   scheduled dates, including the trial and pretrial dates, are
20
   VACATED.
21
            IT IS SO ORDERED.
22
   DATED:11/22/10
23
                          _____
24                          SAUNDRA BROWN ARMSTRONG
                            United States District Judge
25

26

27

28